IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| EBONY JONES, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>573 LLC, 3471 LLC, 3475 LLC, 3485 LLC, 5634 LLC, 577 LLC, PHC ROANOKE LLC, and PEACHTREE RESTAURANT PARTNERS LLC,<br><br>Defendants. | **Civil Action No.** 7:22-CV-00486 |

## ORDER ON JOINT MOTION TO APPROVE SETTLEMENT

Plaintiff Ebony Jones ("Plaintiff"), and 573 LLC, 3471 LLC, 3475 LLC, 3485 LLC, 5634 LLC, 577 LLC, PHC ROANOKE LLC, and PEACHTREE RESTAURANT PARTNERS LLC (collectively, "Defendants"), by their respective counsel, respectfully submit hereby AND consent to the entry of this order. Having reviewed the Joint Motion to Approve Settlement (the "Motion"), and the Settlement Agreement and Release (the "Agreement"), and for the reasons stated in the Parties' submissions, the Court GRANTS the Motion and approves the Parties' settlement as a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act ("FLSA") claims as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

Accordingly, it is hereby ORDERED that the Agreement reached by the Parties is approved and shall take effect. It is further ORDERED:

1) That all the terms of the Settlement Agreement are approved as "a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350, 1355 (11th Cir. 1982).

2) That the claims of the Plaintiff are dismissed with prejudice.

3) That pursuant to the terms of the Settlement Agreement, Defendants shall fund the settlement in a manner consistent with the Settlement Agreement.

4) That this Court retains jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994).

SO ORDERED this 12th day of December 2022.

        */s/ Thomas T. Cullen*_____
        HON. THOMAS T. CULLEN
        UNITED STATES DISTRICT JUDGE